# ATTACHMENT 1

# COMPLAINT FORM
(for filers who are prisoners without lawyers)

**FILED**
**11/16/2020**
U.S. DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
Roger A.G. Sharpe, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE **SOUTHERN** DISTRICT OF **INDIANA**
**NEW ALBANY DIVISION**

(Full name of plaintiff(s))

**Tyre Grinage**

4:20-cv-00232-JMS-DML

vs

(Full name of defendant(s))

**Circle K Store #820**

**Travel Insurance**

Case Number:

~~scribbled out~~

(to be supplied by clerk of court)

A.  PARTIES

1.  Plaintiff is a citizen of **INDIANA**, and is located at
    (State)
    **501 East Court Avenue Jeffersonville, IN 47130**
    (Address of prison or jail)

(If more than one plaintiff is filing, use another piece of paper).

Attachment One (Complaint) – 1

2.  Defendant **TRAVEL INSURANCE**
    (Name)

is (if a person or private corporation) a citizen of _____
(State, if known)

and (if a person) resides at **P.O. BOX 650293 DALLAS TX, 75265-02?**
(Address, if known)

and (if the defendant harmed you while doing the defendant's job)

worked for **CIRCLE K STORE #820 CLARKSVILLE, IN 47129**
(Employer's name and address, if known)

(If you need to list more defendants, use another piece of paper.)

B.  STATEMENT OF CLAIM

On the space provided on the following pages, tell:
1.  Who violated your rights;
2.  What each defendant did;
3.  When they did it;
4.  Where it happened; and
5.  Why they did it, if you know.

1) On Dec. 20 2019 at Circle K #820 in Clarksville, IN 47129 I slip and fall because there rug moved on me causing me too fall hard to the ground. I was transported to Clark Memorial Hospital for lower back pain and pain in both knees. After leaving the hospital I filed a report with there corporate store and Travel Insurance.

Attachment One (Complaint) – 2

C. JURISDICTION

☐ I am suing for a violation of federal law under 28 U.S.C. § 1331.
OR

☑ I am suing under state law. The state citizenship of the plaintiff(s) is (are) different from the state citizenship of every defendant, and the amount of money at stake in this case (not counting interest and costs) is $40,000.

D. RELIEF WANTED

Describe what you want the court to do if you win your lawsuit. Examples may include an award of money or an order telling defendants to do something or stop doing something.

I want the defendant to pay the amount of $40,000 if my case is won or settled!

E. JURY DEMAND

☐ Jury Demand – I want a jury to hear my case

OR

☑ Court Trial – I want a judge to hear my case

Dated this __15__ day of __Oct.__ 20_20_.

Respectfully Submitted,

_Tyre Thenage_
Signature of Plaintiff

_073082 4341_
Plaintiff's Prisoner ID Number

_P.O. Box 650293 Dallas TX, 75265_

(Mailing Address of Plaintiff)

(If more than one plaintiff, use another piece of paper).

REQUEST TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING THE FILING FEE

☑ I **DO** request that I be allowed to file this complaint without paying the filing fee. I have completed a request to proceed in the district court without prepaying the fee and attached it to the complaint.

☐ I **DO NOT** request that I be allowed to file this complaint without prepaying the filing fee under 28 U.S.C. § 1915, and I have included the full filing fee with this complaint.