UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | |
|---|---|
| TYRE GRINAGE, ) | |
| ) | |
| *Plaintiff*, ) | |
| ) | |
| v. ) | No. 4:20-cv-00232-JMS-DML |
| ) | |
| CIRCLE K STORE #820 and TRAVEL INSURANCE, ) | |
| ) | |
| *Defendants*. ) | |

## ORDER OF DISMISSAL

For the reasons stated in the order issued this date, the Court now **DISMISSES** this action for lack of jurisdiction, and **WITHOUT PREJUDICE**.

Date: 11/19/2020

Hon. Jane Magnus-Stinson, Chief Judge
United States District Court
Southern District of Indiana

Roger A.G. Sharpe, Clerk

BY: _____

Deputy Clerk, U.S. District Court

**Distribution via U.S. Mail to:**

Mr. Tyre Grinage
Clark County Jail
Inmate Mail/Parcels
501 East Court Avenue
Jeffersonville, Indiana 47130

1